# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tracey Hackwith, Maxx Scholten and Michael Martin, Individually and On Behalf of All Others Similarly Situate<br>PLAINTIFF(S)<br>v.<br>APPLE, INC., a California Corporation, and DOES 1-10 inclusive<br>DEFENDANT(S). | CASE NUMBER<br>CV09-3482 VBF VBKx<br>SUMMONS |

TO: DEFENDANT(S): APPLE, INC.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [X] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Angela C. Agrusa, whose address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAY 15 2009

By: A. G_____
Deputy Clerk
(Seal of the Court)
1198

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)        SUMMONS        CCD-1A